WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isiah Patterson, | No. CV-20-02068-PHX-JJT |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| Ryan Thornell, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Isiah Patterson's Unopposed Motion to Stay the Briefing Schedule Pending *Cruz v. Arizona.* (Doc. 52.) Good cause appearing,

**IT IS ORDERED** granting Petitioner's motion. The briefing schedule in this matter is stayed as follows:

1. Petitioner shall file any notice of a request for evidentiary development within 30 days of the Arizona Supreme Court's decision on remand from *Cruz v. Arizona*, 598 U.S. —, No. 21-846, 2023 WL 2144416 (U.S. Feb. 22, 2023).

2. Respondents shall file a response to any notice of request for evidentiary development within 30 days of the filing of the notice.

3. Petitioner shall file his reply within 14 days of the filing of the response.

Dated this 19th day of May, 2023.

Honorable John J. Tuchi
United States District Judge