**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isiah Patterson,<br><br>   Petitioner,<br><br>v.<br><br>Ryan Thornell, *et al.*,<br><br>   Respondents. | No. CV-20-02068-PHX-JJT<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

  Pending before the Court is Petitioner Isiah Patterson's Renewed Motion for *Rhines* Stay to Exhaust State Claims.[1] (Doc. 54.) In renewing his request for a stay, Patterson indicates that he has been appointed counsel in state court and has filed a successive PCR petition raising a *Simmons* claim and a claim of ineffective assistance of trial counsel.[2] (*Id.*; *see id.*, Ex's 2, 3.)

  Rule 7.2(c) of the Local Rules of Civil Procedure gives an opposing party 14 days after service in which to serve and file any responsive memorandum. LRCiv 7.2(c). Under Rule 7.2(i), the Court may deem a party's lack of opposition, or untimely opposition, as

---

[1] *Rhines v. Weber*, 544 U.S. 269, 273–77 (2005), authorizes a district court to stay a mixed habeas petition to allow a petitioner to present unexhausted claims to the state court without losing the right to federal habeas review pursuant to the relevant one-year statute of limitations. *Id.* at 273–77. The Court previously denied Patterson's opposed motion for a stay. (Doc. 51.)

[2] *Simmons v. South Carolina*, 512 U.S. 154, 156 (1994), held that in a capital case "[w]here a defendant's future dangerousness is at issue, and state law prohibits the defendant's release on parole, due process requires that the sentencing jury be informed that the defendant is parole ineligible."

1  "consent to the . . . granting of the motion and the Court may dispose of the motion
2  summarily." LRCiv 7.2(i).

3       Respondents have not filed a response, timely or otherwise, to Patterson's renewed
4  motion for a stay. The Court deems that failure to constitute Respondents' consent to the
5  granting of Patterson's motion.

6       Accordingly,

7       **IT IS ORDERED** that Patterson's Renewed Motion for *Rhines* Stay to Exhaust
8  State Claims (Doc. 54) is **granted** pursuant to LRCiv 7.2(i).

9       **IT IS FURTHER ORDERED directing** Patterson to file notice with the Court or
10 move for other appropriate relief within 30 days of the conclusion of the state court
11 proceedings.

12      Dated this 29th day of March, 2024.

                                                       *[signature]*
                                          Honorable John J. Tuchi
                                          United States District Judge